UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,                     )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br>        v.                                             )<br>                                                          )<br>F. PADILLA, et al.,                         )<br>                                                          )<br>            Defendants.                      )<br>_____) | 1:07-cv-00066-LJO-NEW (DLB) PC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE OBJECTION<br><br>(DOCUMENT #13) |

On March 22, 2007, plaintiff filed a motion to extend time to file an Objection to the Findings and Recommendations filed on March 5, 2007.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an Objection.

IT IS SO ORDERED.

   **Dated:   April 13, 2007**                              **/s/ Dennis L. Beck**
                                                                          UNITED STATES MAGISTRATE JUDGE