# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMONA MARTI,<br><br>         Plaintiff,<br><br>   v.<br><br>F. PADILLA, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:07-cv-00066-LJO-GSA PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 20) |

Plaintiff Alex Lamona Marti ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 12, 2007. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Defendants Padilla, Knight, Guirt, Ramirez, Williams, Wadkins, Smart, Hansen, Smith, Gardner, Boos, Huise, Tolson, Fulks, Jordt, Munoz, Baires, Arline, Lais, Santoro, Reynoso, and Polk for retaliation, in violation of the First Amendment. Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 2008 WL 659570, No. 06-35068, *3 (9th Cir. Mar. 13, 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

               C/O F. PADILLA

               C/O S. KNIGHT

               C/O McGUIRT

               C/O F. RAMIREZ

1. C/O W. W. WILLIAMS
2. LT. W. S. WADKINS
3. CC II L. SMART
4. CPT. R. HANSEN
5. SGT. S. SMITH
6. C/O W. GARDNER
7. C/O S. BOOS
8. C/O R. HUISE
9. LT. R. TOLSON
10. CDW D. FULKS
11. C/O D. JORDT
12. SGT. C. MUNOZ
13. LT. M. A. BAIRES
14. CC II D. ARLINE
15. CPT. J. LAIS
16. CPT. K. SANTORO
17. CPT. J. REYNOSO
18. CDW LETHEL POLK

2. The Clerk of the Court shall send Plaintiff twenty-two (22) USM-285 forms, twenty-two (22) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed July 9, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;
    b. One completed USM-285 form for each defendant listed above; and
    c. Twenty-three (23) copies of the endorsed amended complaint filed July 9, 2007.

1   4.  Plaintiff need not attempt service on Defendants and need not request waiver of
2       service. Upon receipt of the above-described documents, the Court will direct the
3       United States Marshal to serve the above-named defendants pursuant to Federal Rule
4       of Civil Procedure 4 without payment of costs.
5   5.  <u>The failure to comply with this order will result in a recommendation that this action
6       be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 11, 2008**            /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE