1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALEX LAMOTA MARTI,                    1:07-cv-00066-LJO-GSA (PC)

12          Plaintiff,                     ORDER DIRECTING SERVICE
                                           BY THE UNITED STATES MARSHAL
13       vs.                               WITHOUT PREPAYMENT OF COSTS

14   F. PADILLA, et al,

15          Defendants.
                                      /
16   _____

17          Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court

18   previously ordered plaintiff to provide information for service of process on form USM-285,

19   sufficient copies of the complaint for service, and a notice of compliance.  Plaintiff has filed the

20   required papers.  Accordingly, IT IS HEREBY ORDERED that:

21          1.  The Clerk of the Court is directed to forward the following documents to the

22   United States Marshal:

23                 (1)    One completed and issued summons for each defendant to be

24                  served;

25                 (2)    One completed USM-285 form for each defendant to be served;

26                 (3)    One copy of the amended complaint filed on July 9, 2007 for each

1

1    defendant to be served, plus an extra copy for the Marshal;

2    (4)    One copy of this order for <u>each</u> defendant to be served, plus an

3    extra copy for the Marshal;

4    (5)    One copy of the court's consent form for <u>each</u> defendant to be

5    served.

6    2.  Within ten days from the date of this order, the United States Marshal is

7    directed to notify the following defendants of the commencement of this action and to request a

8    waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C.

9    § 566(c):

10   C/O F. PADILLA

11   C/O S. KNIGHT

12   C/O McGUIRT

13   C/O F. RAMIREZ

14   C/O W.W. WILLIAMS

15   LT. W.S. WADKINS

16   CC II L. SMART

17   CPT. R. HANSEN

18   SGT. S. SMITH

19   C/O W. GARDNER

20   C/O S. BOOS

21   C/O R. HUISE

22   LT. R. TOLSON

23   CDW D. FULKS

24   C/O D. JORDT

25   SGT. C. MUNOZ

26   LT. M.A. BAIRES

1    CC II D. ARLINE

2    CPT. J. LAIS

3    CPT. K. SANTORO

4    CPT. J. REYNOSO

5    CDW LETHEL POLK

6    3.  The U.S. Marshal is directed to retain the summons and a copy of the

7 complaint in their file for future use.

8    4.  The United States Marshal shall file returned waivers of service as well as any

9 requests for waivers of service that are returned as undelivered as soon as they are received.

10    5.  If a waiver of service is not returned by a defendant within sixty days of the

11 date of mailing the request for waiver, the United States Marshal shall:

12      a.  Personally serve process and a copy of this order upon the defendant

13      pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

14      § 566(c) and shall command all necessary assistance from the California

15      Department of Corrections (CDC) to execute this order.  The United States

16      Marshal shall maintain the confidentiality of all information provided by

17      the CDC pursuant to this order.

18      b.  Within ten days after personal service is effected, the United States

19      Marshal shall file the return of service for the defendant, along with

20      evidence of any attempts to secure a waiver of service of process and of

21      the costs subsequently incurred in effecting service on said defendant.

22      Said costs shall be enumerated on the USM-285 form and shall include the

23      costs incurred by the Marshal's office for photocopying additional copies

24      of the summons and complaint and for preparing new USM-285 forms, if

25      required.  Costs of service will be taxed against the personally served

26      defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

1    6. In the event that defendants make an appearance in this action by filing an

2  answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally

3  serve those defendants.

4    7. In the event that defendants either waive service or are personally served,

5  defendants are required to reply to the complaint.  42 U.S.C. §1997e(g)(2).

6

7  IT IS SO ORDERED.

8  **Dated:**   **April 30, 2008**      _____/s/ **Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26