IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | 1:07-cv-00066-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| vs. | |
| F. PADILLA, et al., | (DOCUMENT #29) |
| Defendants. | AUGUST 15, 2008 DEADLINE |
| _____/ | |

On July 17, 2008, defendants filed a motion to extend time to respond to plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted to August 15, 2008 in which to respond to the complaint.

IT IS SO ORDERED.

**Dated:   July 25, 2008**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE