IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | 1:07-cv-00066-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| vs. | |
| F. PADILLA, et al., | (DOCUMENT #31) |
| Defendants. | SEPTEMBER 15, 2008 DEADLINE |
| _____/ | |

On August 15, 2008, Defendants filed a motion seeking an extension of time to respond to Plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' response to Plaintiff's complaint is due on or before September 15, 2008.

IT IS SO ORDERED.

Dated:   **August 19, 2008**            **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE