# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMONA MARTI,<br><br>        Plaintiff,<br><br>   v.<br><br>F. PADILLA, et al.,<br><br>        Defendants.<br>                             / | CASE NO. 1:07-cv-00066-LJO-GSA PC<br><br>ORDER REQUIRING DEFENDANT BOOS TO FILE RESPONSE TO COMPLAINT WITHIN TWENTY DAY<br><br>(Doc. 28)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON DEFENDANT BOOS-EMMA AT CSATF |

       On May 1, 2008, the Court issued an order directing the United States Marshal to initiate service of process on twenty-two defendants. Eighteen defendants have waived service and answered the amended complaint, and service is still outstanding as to three defendants. Defendant Boos-Emma returned a waiver of service but did not timely file an answer or other response to the amended complaint.[1]

       Accordingly, it is HEREBY ORDERED that:

1.   Defendant Emma-Boos has **twenty (20) days** from the date of service of this order within which to file a response to Plaintiff's amended complaint;

2.   The failure to file a response within twenty days will result in the entry of default; and

///

---

[1] Identified as S. Boos in the amended complaint

1

3. The Clerk's Office shall serve a copy of this order on:

> L. M. Boos-Emma
> c/o Litigation Office
> California Substance Abuse Treatment Facility
> P. O. Box 7100
> Corcoran, California 93212.

IT IS SO ORDERED.

Dated:   **September 22, 2008**                    **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE