# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMONA MARTI,<br><br>             Plaintiff,<br><br>     v.<br><br>F. PADILLA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-00066-LJO-GSA PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE WITHIN THIRTY DAYS<br><br>(Doc. 56) |

   Plaintiff Alex Lamona Marti ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 26, 2008, Plaintiff filed a motion to strike Defendants' answer.  Defendants shall file a response within **thirty (30) days** from the date of service of this order.

   IT IS SO ORDERED.

   Dated:   **October 2, 2008**             /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

1