# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMONA MARTI,<br><br>             Plaintiff,<br><br>     v.<br><br>F. PADILLA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-00066-LJO-GSA PC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT BOOS-EMMA<br><br>(Docs. 28, 53, and 59) |

Plaintiff Alex Lamona Marti ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2008, the Court issued an order directing the United States Marshal to initiate service of process on twenty-two defendants. Defendant Boos-Emma returned a waiver of service but did not timely file an answer or other response to the amended complaint.[1] On September 22, 2008, the Court issued an order requiring Defendant Boos-Emma to file a response to Plaintiff's amended complaint within twenty days. Defendant's response was due or on before October 15, 2008, and Defendant was warned that the failure to file a response within twenty days would result in the entry of default. On October 21, 2008, Plaintiff requested that default be entered because he has not been served with a response.

///

///

///

---

[1] Identified as S. Boos in the amended complaint

1

A review of the docket confirms that Defendant Boos-Emma has not filed a response to the amended complaint or sought an extension of time to comply with the Court's order. Accordingly, Plaintiff's motion is GRANTED, and the Clerk of the Court is ORDERED to enter default against Defendant Boos-Emma.

IT IS SO ORDERED.

**Dated:   October 23, 2008**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE