IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ALEX MARTI,**<br><br>                          Plaintiff,<br><br>     v.<br><br>**F. PADILLA, et al.,**<br><br>                          Defendants. | CASE NO.: 1:07-cv-00066 LJO GSA PC<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STRIKE ANSWER**<br><br>(Doc. 67) |

Defendants' request for an extension of time to respond to Plaintiff's motion to strike Defendants' answer was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that Defendants have until December 2, 2008, to respond to Plaintiff's motion.

IT IS SO ORDERED.

Dated:   **November 13, 2008**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

1