IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | 1:07-cv-00066 LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO SET ASIDE ENTRY OF DEFAULT |
| vs. | |
| F. PADILLA, et al. | (DOCUMENT #69) |
| Defendants. / | THIRTY-DAY DEADLINE |

On November 17, 2008, plaintiff filed a motion to extend time to file his opposition to defendants' motion to set aside entry of default. Plaintiff is HEREBY GRANTED **thirty (30) days** from the date of service of this order in which to file his opposition to the motion to set aside entry of default.

IT IS SO ORDERED.

Dated:   **November 20, 2008**              **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE