# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMONA MARTI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>F. PADILLA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00066-LJO-GSA PC<br><br>ORDER ADDRESSING OPPOSITION TO REQUEST FOR EXTENSION OF TIME, AND DENYING MOTION FOR SANCTIONS<br><br>(Docs. 70 and 71) |

　　　Plaintiff Alex Lamona Marti ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's opposition to Defendants' request for an extension of time and Plaintiff's motion for sanctions, filed November 19, 2008. The Court deems it unnecessary for Defendants to file a response to either filing.

　　　On October 2, 2008, the Court ordered Defendants to file a response to Plaintiff's motion to strike their answer. Defendants' response was due on November 6, 2008. Fed. R. Civ. P. 6. On November 10, 2008, Defendants filed a request for an extension of time, which was granted by the Court in an order filed on November 14, 2008.

　　　Plaintiff opposes Defendants' request for an extension of time on the ground that it was not filed prior to the expiration of the deadline Defendants sought to extend. Plaintiff contends that Defendants are in violation of the Court's order and Local Rule 6-144. Plaintiff also seeks the imposition of sanctions, up to and including the entry of default, pursuant to Local Rule 11-110,

///

1 which provides that the Court may impose sanctions authorized by Statute, Rule, or its inherent
2 power for the failure to obey court orders or the Local Rules.

3     Plaintiff is correct that Defendants should have filed their request for an extension of time
4 on or before November 6, 2008. However, the late filing caused no prejudice to Plaintiff and did not
5 result in any unnecessary expenditure of resources by the Court given that the Court took no action
6 on the pending matter between the expiration of the deadline and the receipt of the tardy request for
7 an extension of time. Plaintiff's objection is noted, but the Court has already ruled on the request
8 and there are no grounds that warrant setting aside the order granting the extension of time.

9     With respect to sanctions, it is well established that the imposition of sanctions under the
10 inherent authority of the Court requires a finding of conduct that "constituted or was tantamount to
11 bad faith," which "sets a high threshold." <u>Mendez v. County of San Bernardino</u>, 540 F.3d 1109,
12 1131-32 (9th Cir. 2008) (citations and internal quotation marks omitted). The filing of an untimely
13 request for an extension of time is not bad faith conduct, and Plaintiff's motion presents no basis for
14 the imposition of sanctions

15     For the reasons set forth herein, Plaintiff's objection to Defendants' request for an extension
16 of time is noted but the Court declines to reconsider its decision to grant the extension, and
17 Plaintiff's motion for sanctions is DENIED.

20     IT IS SO ORDERED.
21     Dated:   **November 21, 2008**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE