# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMONA MARTI,<br><br>            Plaintiff,<br><br>     v.<br><br>F. PADILLA, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-00066-LJO-GSA PC<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT GARDNER<br><br>(Docs. 36 and 74) |

On November 21, 2008, Plaintiff filed a request for the entry of default against Defendant Gardener. Fed. R. Civ. P. 55(a). Defendant Gardner waived service but did not file a timely response to the amended complaint. (Docs. 36, 52.) Therefore, Plaintiff is entitled to entry of default, and the Clerk's Office is HEREBY DIRECTED to enter default against Defendant Gardner.

IT IS SO ORDERED.

Dated:   **November 21, 2008**         **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

1