IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | No. C 08-00653 CRB (PR) |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| M.A. BAIRES, et al., | |
| Defendants. / | |

Plaintiff Alex Lamota Marti, a prisoner with the California Department of Corrections, has filed a pro se complaint against various defendants. After reviewing the complaint, the Court concludes that this matter is closely related to Case No. 1:07-cv-66-LJO-GSA PC. Both matters involve the same plaintiff, many of the same defendants, the same core of operative facts, and the same legal principles. Accordingly, this matter is referred to the Honorable John M. Roll, sitting by designation with the Eastern District of California, for a determination on whether these matters are related pursuant to Local Rule 83-123.

**IT IS SO ORDERED.**

Dated: February 12, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\653\ORDER of referral.wpd