# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Alex Lamota Marti, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:07-CV-00066 JMR |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| F. Padilla, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants' request for an extension of time to respond to Plaintiff's motion to compel has been considered by this Court. Good cause appearing, **IT IS HEREBY ORDERED** that Defendants have until **March 27, 2009**, to respond to Plaintiff's motion.

DATED this 23rd day of March, 2009.

_____
John M. Roll
Chief United States District Judge