UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

As the judge assigned to the earliest filed case below, I find that the more recently filed case is related to the case assigned to me, and that case (08-653) therefore shall be reassigned to me.

**C 07-0066 JMR (PC)**  **ALEX LAMOTA MARTI  v.  F-PADILLA, et al.**

**C 08-0653 CRB (PR)**  **ALEX LAMOTA MARTI  v.  M. A. BAIRES, et al.**

# ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. If applicable, the parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, unless and until rescheduled by the newly assigned judge.

DATED this 8th day of April, 2009.

_____
John M. Roll
Chief United States District Judge