IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ALEX MARTI,**  Plaintiff,  v.  **F. PADILLA, et al.,**  Defendants. | 1:07-cv-00066-JMR (PC)  **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME** |

Defendants' request for an extension of time to respond to Plaintiff's second request for production of documents was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that Defendants have until **June 5, 2009**, to serve their response.

Dated this 2nd day of June, 2009.

_____
John M. Roll
Chief United States District Judge

1