**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| Alex Lamota Marti, | ) |
| Plaintiff, | ) CASE NO.: 1:07-CV-00066 JMR |
| vs. | ) **ORDER** |
| F. Padilla, et al., | ) |
| Defendants. | ) |

Pending before the court in the above-entitled matter is Defendants' Motion to Modify Scheduling Order (Doc. No. 141). The motion is **GRANTED** and the scheduling order is modified as follows:

a. Defendants outstanding responses to Plaintiff's discovery are due on **October 16, 2009**, as follows:

- First request for admissions to Defendant Baires, sent on June 2, 2009;

- First set of interrogatories to Defendant Baires, sent on June 2, 2009;

- First request for admissions to Defendant Ramirez, sent on June 2, 2009;

- First set of interrogatories to Defendant Ramirez, sent on June 2, 2009;

- First request for admissions to Defendant Knight, sent on June 28, 2009;

- First set of interrogatories to Defendant Knight, sent on June 28, 2009.

b. Plaintiff's deposition is to be taken by November 9, 2009.

c. All dispositive motions, including and not limited to those asserting failure to exhaust administrative remedies, shall be filed by November 25, 2009.

DATED this 1st day of October, 2009.

_____
John M. Roll
Chief United States District Judge