# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Lamota Marti, | Case No.: 1:07-CV-00066-JMR |
| Plaintiff, | **ORDER** |
| vs. | |
| F. Padilla, et al., | |
| Defendants. | |

Pending before the court in the above-entitled matter are:

(1) Plaintiff's Motion for an Order to Prohibit Defendants from Filing Pre-Trial Dispositive Motions (Doc. #138),

(2) Plaintiff's First Request for an Extension of Time to File a Reply To Defendants' Opposition to Plaintiff's Motions for an Order Barring Pretrial Motions (Doc. #143), and

(3) Plaintiff's First Request for an Extension of Time to File an Opposition to Defendants' Motion to Modify the Scheduling Order (Doc. #144).

However, Defendants' Motion to Modify the Scheduling Order (Doc. #141), which was granted on 10/1/09, renders Docs. #138, 143, and 144 moot.

**Accordingly,**

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Order to Prohibit Defendants from Filing Pre-Trial Dispositive Motions (Doc. #138), Plaintiff's Request for

1  an Extension of Time (Doc. #143), and Plaintiff's Request for an Extension of Time (Doc.
2  # 144) are all **DENIED** as moot.
3      DATED this 20th day of October, 2009.

_____
John M. Roll
Chief United States District Judge