# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Lamota Marti, | Case No.: 1:07-CV-00066-JMR |
| Plaintiff, | **ORDER** |
| vs. | |
| F. Padilla, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Modify the Schedule (Doc. #156). Defendants request that the Court modify the schedule by staying any outstanding deadlines, particularly the December 23, 2009 deadline for Defendants' motion for summary judgment, pending full briefing and determination of Defendants' Motion to Dismiss Misjoined Defendants and Sever Claims (Doc. #149). On December 15, 2009, the Court extended the deadline for Plaintiff's response to Defendants' Motion to Dismiss to January 14, 2010. Defendants argue that a favorable ruling on their Motion to Dismiss could reduce the number of defendants and claims in this action and, in turn, reduce the scope of any motion for summary judgment. Because of this, Defendants claim that judicial economy will be served by first determining their Motion to Dismiss before requiring any filing of a motion for summary judgment.

Accordingly, in the interest of judicial economy, and good cause having been shown,

1  **IT IS HEREBY ORDERED** that Defendants' Motion to Modify the Schedule (Doc.
2  #156) is **GRANTED**.  All outstanding deadlines are stayed, including the December 23,
3  2009 deadline for Defendants' motion for summary judgment, pending full briefing and
4  determination of Defendants' Motion to Dismiss Misjoined Defendants and Sever Claims
5  (Doc. #149).
6  DATED this 22nd day of December, 2009.

*[signature]*
John M. Roll
Chief United States District Judge