# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | 1:07-cv-00066-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR DOCKET SHEET |
| v. | (Doc. 200.) |
| F. PADILLA, et al., | ORDER FOR CLERK TO SEND DOCKET SHEET TO PLAINTIFF |
| Defendants. | |

Alex Lamota Marti ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 11, 2011, Plaintiff filed a request for the Clerk to provide him a copy of the docket sheet for this action. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a copy of the docket sheet for this action is GRANTED; and
2. The Clerk is DIRECTED to send to Plaintiff a copy of the docket sheet for this action.

IT IS SO ORDERED.

Dated: **February 15, 2011**          /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE