# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MARTI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>F. PADILLA, et al.,<br><br>　　　　　　Defendants. | NO. 1:07-cv-00066-LJO-GSA-PC<br><br>ORDER CONTINUING MOTION<br>FOR SUMMARY JUDGMENT<br><br>(ECF No. 173) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

[1] This action proceeds against 24 individual defendants on Plaintiff's claims of retaliation. On July 29, 2010, Defendants filed a motion for summary judgment. This action was transferred to this Court on January 31, 2011. On January 28, 2011, Plaintiff was granted an extension of time in which to file one all-inclusive motion to compel. Plaintiff's motion was timely filed on March 1, 2011. Plaintiff's motion consists of a 61 page memorandum and 297 pages of exhibits. Defendants have requested and have been granted an extension of time to June 2, 2011, to file a response to Plaintiff's motion.

---

[1] This action was reassigned to U.S. District Judge John M. Roll on November 25, 2008. Due to the death of Judge Roll, this action was reassigned back to this Court on January 31, 2011.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for summary judgment is continued pursuant to Federal Rule of Civil Procedure 56(f) until such time as Plaintiff's motion to compel as been resolved.

IT IS SO ORDERED.

Dated:     March 28, 2011                           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE