1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ALEX LAMOTA MARTI,                    1:07-cv-00066-LJO-GSA-PC

11            Plaintiff,                   ORDER DENYING MOTION FOR
                                           RECONSIDERATION
12       vs.                               (Doc. 215.)

13   F. PADILLA, et al.,

14            Defendants.
                                    /
15

16          Alex Lamota Marti ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

17   this civil rights action pursuant to 42 U.S.C. § 1983.  On August 26, 2011, Plaintiff filed a motion

18   for reconsideration by the undersigned, pursuant to Rule 72(a), of the Magistrate Judge's Order of

19   August 10, 2011, denying Plaintiff's motion for a court order directing the law librarian to make

20   copies, or in the alternative, denying Defendants' motion for summary judgment.  (Doc. 213.)

21
            Rule 72(a) of the Federal Rules of Civil Procedure provides:
22

23       **(a)    Nondispositive Matters.**  When a pretrial matter not dispositive of a party's
                 claim or defense is referred to a magistrate judge to hear and decide, the
                 magistrate judge must promptly conduct the required proceedings and, when
24               appropriate, issue a written order stating the decision.  A party may serve and
                 file objections to the order within 14 days after being served with a copy.  A
25               party may not assign as error a defect in the order not timely objected to.  The
                 district judge in the case must consider timely objections and modify or set
26               aside any part of the order that is clearly erroneous or is contrary to law.

27   Fed. R. Civ. P. 72(a).

28                                          1

Plaintiff seeks reconsideration of the Magistrate Judge's Order by the District Judge assigned to this action.  In accordance with the provisions of Rule 72(a), the undersigned District Judge Lawrence J. O'Neill has conducted a <u>de novo</u> review of this matter.  Having carefully reviewed the file, the Court finds the Magistrate Judge's Order issued on August 10, 2011, be supported by the record, the law, and proper analysis.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a reconsideration, filed on August 26, 2011, is DENIED.

IT IS SO ORDERED.

**Dated:    August 30, 2011**                    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2